```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 56001
   VERNON K ZOLLER
   SHARON L ZOLLER                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9070      SSN XXX-XX-0719
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/14/05 and confirmed on 02/02/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 28644.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 6603.37 | .00 | 6603.37 |
| NPS | SECURED VEHIC | 600.00 | 47.86 | 600.00 |
| NATIONWIDE CASSEL LP | SECURED VEHIC | 2650.00 | 211.22 | 2650.00 |
| VILLAGE OF ROMEOVILLE | SECURED | 192.27 | .00 | 192.27 |
| WILL COUNTY TREASURER | SECURED | 3020.00 | .00 | 3020.00 |
| ADVANCED MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN FAMILY INS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ENT SURGICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CADIOLOGY ASSOCIATION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOCI | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | 3980.53 | .00 | 3980.53 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| HEALTH SEVICES SYSTEMS I | UNSECURED | NOT FILED | .00 | .00 |
| HEALTH SERVICE SYSTEMS I | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| ROME FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |

```
CREDITORS DISCOUNT & AUD  UNSECURED       NOT FILED         .00          .00
JOLIET RADIOLOGICAL       UNSECURED       NOT FILED         .00          .00
NORTHWEST COLLECTION      UNSECURED       NOT FILED         .00          .00
SILVER CROSS HOSPITAL     UNSECURED       NOT FILED         .00          .00
FAMILY MEDICAL CLINIC     UNSECURED       NOT FILED         .00          .00
RICHARD R DELLA CROCE ES  UNSECURED       NOT FILED         .00          .00
FAMILY MEDICAL CLINIC     UNSECURED       NOT FILED         .00          .00
EASTERN COLLECTION CORP   UNSECURED       NOT FILED         .00          .00
INTERPRETATION SERVICES   UNSECURED       NOT FILED         .00          .00
MIDWEST PULMONARY CONSUL  UNSECURED       NOT FILED         .00          .00
NICOR GAS                 UNSECURED       NOT FILED         .00          .00
NICOR GAS                 UNSECURED          263.66         .00       263.66
PARKVIEW ORTHOPAEDIC GRO  UNSECURED       NOT FILED         .00          .00
PATHOLOGY LABORATORY CON  UNSECURED       NOT FILED         .00          .00
PROVENA ST JOSEPH MEDICA  UNSECURED       NOT FILED         .00          .00
ROUNDUP FUNDING LLC       UNSECURED         1488.46         .00      1488.46
QUEST DIAGNOSTICS         UNSECURED       NOT FILED         .00          .00
SBC BANKRUPTCY DESK       UNSECURED         1062.28         .00      1062.28
SILVER CROSS HOSPITAL     UNSECURED       NOT FILED         .00          .00
SILVER CROSS HOSPITAL     UNSECURED       NOT FILED         .00          .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED         .00          .00
WILL COUNTY CIRCUIT CT C  UNSECURED       NOT FILED         .00          .00
NATIONWIDE CASSEL LP      UNSECURED         4956.70         .00      4956.70
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
TOTAL CLMS ALLOWED  13065.64          .00     11751.63           .00     24817.27
PRINCIPAL PAID      13065.64          .00     11751.63           .00     24817.27
INTEREST PAID         259.08          .00          .00           .00       259.08
TOTAL PAID          13324.72          .00     11751.63           .00     25076.35
```

The Debtor's attorney, GREENBERG & ASSOC              , was allowed $   2700.00
and was paid $    386.00   direct and $   2314.00   through the plan.

The Trustee received $   1128.48 .

Refunds to the Debtor totaled $    125.17 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 05 B 56001 VERNON K ZOLLER & SHARON L ZOLLER